# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

EUSTAQUIO OROZCO VERDUSCO,

      Petitioner,

  v.                            Case No. 1:26-cv-00769 KWR-DLM

GEORGE DEDOS, *Cibola County Correctional Center*,
JOEL GARCIA, *Field Office Director, El Paso,*
*U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

      Respondents.

## JUDGMENT

Consistent with the Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

                                /S/
                              KEA W. RIGGS
                              UNITED STATES DISTRICT JUDGE